UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JON R. DEUTSCH | § | |
| | § | **CIVIL ACTION NO. 1:16-CV-371-SS** |
| **Plaintiff** | § | |
| | § | |
| VS. | § | |
| | § | |
| NEMEROW INVESTMENTS LLC | § | |
| | § | |
| **Defendant** | § | |

## AGREED MOTION TO DISMISS PLAINTIFF'S CLAIMS AGAINST DEFENDANTS WITH PREJUDICE

Plaintiff, Jon R. Deutsch, ("**Plaintiff**"), and Defendant, NEMEROW INVESTMENTS LLC ("**Defendant**") file this Agreed Motion to Dismiss Plaintiff's Claims Against Defendant with Prejudice, and would respectfully show unto the Court as follows:

1. Plaintiff and Defendant have resolved the issues underlying the instant case.

2. Additionally, these parties move this Court to enter an Order discharging Defendant from any further liability to Plaintiff arising out of this proceeding.

3. The parties agree to the form of the attached Order and respectfully ask that it be signed by the Court.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant request that this Court enter an agreed Order dismissing all of Plaintiff's claims against Defendant with prejudice, and that all costs of Court be taxed against the party incurring same.

Dated: November 16, 2017        Respectfully submitted,

By:   */s/Ron Satija*
      Ron Satija
      SBN 24039158

>Hajjar Peters LLP
>3144 Bee Caves Rd
>Austin, TX 78746
>(512) 637-4956
>(512) 637-4958
>rsatija@legalstrategy.com
>ATTORNEY FOR
>PLAINTIFF JON R. DEUTSCH

## CERTIFICATE OF CONFERENCE

I, Ron Satija, hereby certify that on November 15, 2017, I conferred with Defendant on this matter, and the Defendant is AGREED to this Motion.

>/s/ Ron Satija
>Ron Satija

## CERTIFICATE OF SERVICE

I, Ron Satija, hereby certify that on November 16, 2017 an electronic copy of this filing was served upon all counsel of record via the TXW/USDC Electronic Case Filing System. I also certify that an additional electronic copy was sent to Defense counsel via email.

>/s/ Ron Satija
>Ron Satija